[No. 10551–9–II.  Division Two.  July 21, 1988.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE WYNELL SEALS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 86–1–00605–2, J. Dean Morgan, J., entered

November 10, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Petrich, J.